IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

West Bend Mutual Insurance Company,

Plaintiff(s),

v.

Ace American Insurance Company and Ahsan Khan,

Defendant(s).

Case No. 23-cv-6530
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court grants Plaintiff West Bend Mutual Insurance Company's motion to remand. The Court remands this case to the Circuit Court of Cook County, Illinois.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to remand.

Date: 12/11/2023

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk